IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LORINE THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) Civil Action No. 3:16-CV-1950-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g). The United States Magistrate Judge entered her Findings, Conclusions, and Recommendation on February 27, 2017, recommending that Plaintiff's complaint be dismissed for failure to prosecute or follow orders of the Court. Neither party has filed written objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, and that the above-styled and -numbered civil action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b).

Dated this 1st day of May, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE